No. 98–1268.   UNITED STATES EX REL. BIDDLE *v.* BOARD OF TRUSTEES, LELAND STANFORD, JR., UNIVERSITY.   C. A. 9th Cir. Certiorari denied.

No. 98–1269.   QUICK POINT, INC. *v.* PACIFIC HANDY CUTTER, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 98–1272.   DALHAUSER *v.* TEXAS; and MAHAN *v.* TEXAS. Ct. App. Tex., 11th Dist.   Certiorari denied.

No. 98–1277.   KUCERA *v.* UNITED NEBRASKA BANK.   Ct. App. Neb.   Certiorari denied.

No. 98–1278.   SEKO INVESTMENTS, INC. *v.* CHICAGO TITLE INSURANCE CO.   C. A. 9th Cir.   Certiorari denied.

No. 98–1282.   FRANKS & SON, INC., ON BEHALF OF THEM-SELVES AND ALL OTHERS SIMILARLY SITUATED *v.* WASHINGTON ET AL.   Sup. Ct. Wash.   Certiorari denied.

No. 98–1289.   HISTORIC GREEN SPRINGS, INC. *v.* VIRGINIA VERMICULITE, LTD., ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 98–1291.   CONNECTICUT VALLEY ELECTRIC CO. ET AL. *v.* PATCH, CHAIRMAN, NEW HAMPSHIRE PUBLIC UTILITIES COMMIS-SION, ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 98–1301.   MCGAHREN ET AL. *v.* FIRST CITIZENS BANK ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 98–1304.   STEPHENS ET AL. *v.* CMG HEALTH, FHC OP-TIONS, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 98–1306.   MENOMINEE INDIAN TRIBE OF WISCONSIN *v.* THOMPSON, GOVERNOR OF WISCONSIN, ET AL.   C. A. 7th Cir. Certiorari denied.